# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JAMES BREWER　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
#117520

v.　　　　　　　　　No: 4:21-cv-993-DPM

ERIC HIGGINS, Sheriff, Pulaski County;
ROSE, Major, Supervisor, PCRDF;
ALLEN, Lieutenant, Housing, PCRDF; and
NEWBURN, Lieutenant, Housing Night Shift,
PCRDF　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Brewer hasn't filed an amended complaint; and the time to do so has passed. *Doc. 7.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 March 2022