IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES BREWER                                                         PLAINTIFF
#117520

v.                          No: 4:21-cv-993-DPM

ERIC HIGGINS, Sheriff, Pulaski County;
ROSE, Major, Supervisor, PCRDF;
ALLEN, Lieutenant, Housing, PCRDF; and
NEWBURN, Lieutenant, Housing Night Shift,
PCRDF                                                               DEFENDANTS

## JUDGMENT

Brewer's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 March 2022